1  M. VAN SMITH (SBN 32007)
   1696 Mendenhall Drive
2  San Jose, California  95130
   Telephone (408) 364-1062
3  E-mail:  mvsmith@sbcglobal.net

4  Attorney for Plaintiff

# THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| MITCHELL J. PLAINTIFF, D.C., M.S., L.Ac., | Case No.:  C02 04011 RMW |
|---|---|
| Plaintiff, | **ORDER FOR PERMISSION TO SUBMIT BRIEF OVER 25 PAGES IN OPPOSITION TO RULE 12(b)(6) MOTION TO DISMISS BY DEFENDANTS CAROL ROMEO; JAMES SHARP; VIVIEN HERSH; LYDIA ZANE; JOEL PRIMES; R. LLOYD FREISEN, D.C.; MICHAEL MARTELLO, D.C.; LLOYD BOLAND, D.C., DEBORAH E. PATE, D.C.; JOHN BOVEE, D.C.; SHARON UFBERG, D.C.; JEFFREY STEINHARDT, D.C.; STEPHEN FOREMAN, D.C.; JACALYN BEUTTNER, D.C.; CRAIG MISSAKIAN, J.D.; JOHN DERONDED, D.C.; M. ELIZABETH WARE; ROBERT BOURKE; GAYLYN MACHADO; C. BRETT SULLIVAN, D.C.; LAWRENCE MERCER; PETER BERMAN, D.C.; PATRICIA BRICKMAN** |
| vs. | |
| CAROL ROMEO, et al., | |
| Defendants. | |
| | Date:  October 14, 2005<br>Time:  9:00 a.m.<br>Courtroom:  6 — Fourth Floor<br>Judge:  The Honorable Ronald M. Whyte |

Pursuant to Local Rule 7-4(b), Plaintiff requests permission to file brief in excess of 25 pages.  State Defendants submitted a 26 page memorandum that incorporated a previously written 25 page memorandum in its entirety, giving Plaintiff a total of 50 pages of memoranda to respond to.  In addition, State Defendants incorporated by reference a previously submitted request for judicial notice that is more than an inch thick.  Although several of State Defendants arguments are supported by a paucity of authority, Plaintiff's opposition is supported by an

1
REQUEST TO FILE BRIEF IN EXCESS OF 25 PAGES IN OPPOSITION TO STATE DEFENDANT'S 2nd MOTION TO DISMISS

1  abundance of authority.  It takes more space to cite and explain the application of existent
2  authority than it does to cite to no authorities.  There are new issues in State Defendants' brief
3  that have not been argued before.  Finally, the decisions on issues State Defendants raise hinge
4  on a full understanding of the facts of the case, which span a decade, and how these several
5  specific fact patterns involving various combinations of 25 defendants, provide specific
6  exceptions to the immunities State Defendants wish could be broadly mis-applied to them.  Just
7  reciting the facts so that the lack of immunity is clear with regard to each of 25 defendants takes
8  paragraphs.  Defendants made no attempt to elucidate these facts in their papers.

   Dated:  September 22, 2005

   M. VAN SMITH
   Attorney for Plaintiff

**ORDER**

Upon the application of Plaintiff, and finding good cause therefore, the court grants Plaintiff permission to file a brief up to 35 pages in length.  The Court does not intend to consider defendant's incorporated by reference brief.   (rmw)

Dated:  9/27/05

/S/ RONALD M. WHYTE

**Ronald M. WHYTE**
**UNITED STATES DISTRICT JUDGE**

2
REQUEST TO FILE BRIEF IN EXCESS OF 25 PAGES IN OPPOSITION TO STATE DEFENDANT'S 2nd MOTION TO DISMISS